**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Rafael ZAMARRIPA-BACA,
Defendant-Appellant.**

**No. 15-50402**

United States Court of Appeals,
Ninth Circuit.

Submitted December 14, 2016 *

Filed December 19, 2016

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Helen H. Hong, Susan Leah Park, Assistant U.S. Attorneys, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Ellis M. Johnston, III, Esquire, Trial Attorney, San Diego, CA, for Defendant-Appellant

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Rafael Zamarripa-Baca appeals from the district court's judgment and challenges the 32-month sentence imposed following his guilty-plea conviction for importation of cocaine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291. We vacate and remand for resentencing.

Zamarripa-Baca argues that the district court erred in denying a minor role reduction to his base offense level under U.S.S.G. § 3B1.2(b). After Zamarripa-Baca was sentenced, the United States Sentencing Commission issued Amendment 794 ("the Amendment"), which amended the commentary to the minor role Guideline. The Amendment is retroactive to cases pending on direct appeal. *See United States v. Quintero–Leyva*, 823 F.3d 519, 523 (9th Cir. 2016). The Amendment added a non-exhaustive list of factors that a court "should consider" in determining whether to apply a minor role reduction. *See* U.S.S.G. § 3B1.2 cmt. n.3(C) (2015). Because we cannot determine from the rec-

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

ord whether the district court considered all of the now-relevant factors, we vacate Zamarripa-Baca's sentence and remand for resentencing. *See Quintero–Leyva*, 823 F.3d at 523–24.

**VACATED and REMANDED for resentencing.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.